_____

No. 95-4117
_____

Tommy Lee Johnson, Jr.,                    *
                                           *
            Appellant,                     *
                                           *
Nelson McAlpine,                           *
                                           *  Appeal from the United States
            Plaintiff,                     *  District Court for the
                                           *  Northern District of Iowa.
    v.                                     *
                                           *       [UNPUBLISHED]
Lt. Luensman; C/O Tope; C/O                *
Sprau; C/O Dunyon; C/O Andrews;            *
Hilton; Larry Brimeyer,                    *
                                           *
            Appellees.                     *


_____

          Submitted:  August 12, 1996

             Filed:  August 28, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Tommy Lee Johnson appeals from the district court's[1] 28 U.S.C.
§ 1915(d) dismissal of his 42 U.S.C. § 1983 complaint alleging racial
discrimination and cruel and unusual punishment at the Iowa Men's
Reformatory.  After reviewing the district court file and Johnson's brief,
we conclude the district court did not abuse its discretion, and we affirm.
See 8th Cir. R. 47B.

_____

     [1]The Honorable Mark W. Bennett, United States District
Judge for the Northern District of Iowa.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.